UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO.** |
| | : | |
| **ALEXANDER J. LESIAK,** | : | VIOLATION: |
| | : | Title 36 C.F.R. § 5.3 |
| Defendant. | : | (Unlawful Business Operations) |
| _____ | : | |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about December 14, 2014, in the Martin Luther King Jr. Memorial area and/or grounds, a boundary and area of federal land administered by and subject to the jurisdiction of the National Park Service and U.S. Park Police, in the District of Columbia, defendant, **ALEXANDER J. LESIAK**, did unlawfully and intentionally engage in or solicit business without authorization or a permit from the United States.

(**Unlawful Business Operations**, in violation of Title 36, Code of Federal Regulations, Section 5.3)

Respectfully Submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By:   _____/s/_____
ANGELA S. GEORGE
D.C. Bar No. 470567
Assistant United States Attorney
United States Attorney's Office
Violent Crimes and Narcotics Trafficking Section
555 4th Street, N.W. Room 4444
Washington, D.C. 20530
(202) 252-7758
Angeala.George@usdoj.gov